# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| **FELMA HURDLE,** <br><br> Plaintiff, <br><br> v. <br><br> **CITIMORTGAGE, INC.; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,** <br><br> Defendants. | **Case No.:** CV16-8848-ODW (AFMx) <br><br> **ORDER OF DISMISSAL RE: ACTION HONORABLE OTIS D. WRIGHT II** |

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs. The two Motion to Dismiss [21][22] are MOOT.

**IT IS SO ORDERED.**

Dated: February 21, 2017

HON. OTIS D. WRIGHT II
U.S. DISTRICT JUDGE

---

[PROPOSED] ORDER OF DISMISSAL    PAGE 1 OF 1